# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

MUHAMMAD NURIDDIN,      *

        Petitioner,      *      CIVIL ACTION NO.: 2:17-cv-33

    v.      *

VICTOR FLOURNEY,      *

        Respondent.      *

## ORDER

After an independent and *de novo* review of the record, the undersigned concurs with the Magistrate Judge's September 5, 2017, Report and Recommendation, dkt. no. 10, to which Petitioner Muhammad Nuriddin ("Nuriddin") filed Objections, dkt. no. 11. The Court **OVERRULES** Nuriddin's Objections and **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court.

Accordingly, the Court **GRANTS** Respondent's Motion to Dismiss, dkt. no. 7, **DISMISSES** Nuriddin's Petition for Writ of Habeas Corpus, brought pursuant to 28 U.S.C. § 2241, dkt. no. 1, and **DENIES** Nuriddin leave to proceed *in forma pauperis* on appeal.

The Court **DIRECTS** the Clerk of Court to enter the appropriate judgment of dismissal and to **CLOSE** this case.

**SO ORDERED**, this _23_ day of _October_, 2017.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)